William Crompton, Respondent, v. Charles G. Dobbs and Stanley M. Moran, Composing the Firm of Dobbs & Moran, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jose R. Alvarez, Respondent, v. Thomas Ceron Camargo, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Christopher J. Egan and Rafael De Florez, Doing Business under the Name of The Egan De Florez Company, Respondents, v. W. F. Doll Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Delancey Street.— Motion denied, with ten dollars costs.

Van Kannel Revolving Door Company v. W. & J. Sloane, Impleaded.— Motion denied, with ten dollars costs.

In the Matter of Julia Clark, Deceased.— Motion granted, without costs.

Leo Schlesinger v. Charles O. Burns.— Motion denied, with ten dollars costs.

Fernando Hesse v. Daniel M. Griffen.— Motion denied, with ten dollars costs.

In the Matter of Maynard N. Clement.— Motion denied, with ten dollars costs.

Abraham N. Bresel v. Edward W. Browning.— Motion dismissed.

Leo Schlesinger v. Ludwig Lehmaier.— Motion granted.

Herbert G. Tull v. Equitable Life Assurance Society.— Motion denied.

Abraham Elterman v. Jacob Hyman.— Motion denied.

Meyer Stein v. Harry Kooperstein. Dewitt C. Flanagan v. Pietro Redes. Gustavus A. Rogers v. Joseph Wilkenfeld. Grace Vaughn v. Fred Irwin.— Application in each case denied, with ten dollars costs.

The People of the State of New York v. Robert H. Spriggs.— Motion granted on conditions stated in order.

Thomas F. Burke, Appellant, v. William H. McCarthy, Respondent.— Judgment affirmed, with costs. No opinion.

Jules Mathias, as Administrator, etc., of Jules Arthur Mathias, Deceased, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event.

The People of the State of New York v. Joseph Bennett. The People of the State of New York v. Max Block. The People of the State of New York v. Max Frey.— Motion in each case denied on condition that appellant have his case ready for argument at the May term.

The People of the State of New York v. Angelo Doddato.— Motion granted.

Rosie Hochberg v. Bernard Schachner.— Motion granted, with ten dollars costs.

Morris Mestel v. Borough Park Company.— Motion granted.

Frank Sauer v. New York City Railway Company.— Motion denied, with ten dollars costs.

Michael J. Moriarty v. Patrick Sullivan, Impleaded.— Motion denied, with ten dollars costs.

William W. Law v. Elizabeth Law.— Motion granted, with ten dollars costs.

Alice Sturges v. Ida J. Walker and Others.— Motion granted, with ten dollars costs.